IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JIMMY TWILLEY, JR., | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 2:05-CV-0357-KOB-PWG |
| GOVERNOR BOB RILEY, et al., | ) ) | |
| Defendants. | ) ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on September 7, 2005, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on September 13, 2005.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 20th day of September 2005.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE